UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN RAKER DICKEY,<br>Petitioner,<br>v.<br>WARDEN OF PELICAN BAY STATE PRISON,<br>Respondent. | Case No.: 1:25-cv-01322-JLT-EGC<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 26) |

Colin Raker Dickey is represented by counsel in this now closed habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254. On August 5, 2026, the assigned magistrate judge issued Findings and Recommendations to Deny Application to Proceed In Forma Pauperis. (Doc. 26). The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 14 days. (*Id*. at 5). On August 18, 2026, petitioner filed objections. (Doc. 27).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Petitioner is not entitled to proceed in forma pauperis in this case based upon the prior approval granted in the separate closed case, *Dickey v. Warden*, E.D. Cal. Case No. 1:06-cv-

00357-JLT-SAB. Petitioner's instant appeal is from the judgment entered in this case, E.D. Cal. 1:25-cv-01322. (*See* Docs. 20, 24); Fed. R. App. P. 24(a)(1).

Petitioner is not entitled to continue in forma pauperis status in this case because he did not apply for and was not granted in forma pauper status herein, but instead paid the $5 filing fee.[1] (*See* Doc. 1; the docket); Fed. R. App. P. 24(a)(3). Moreover, petitioner's instant purported application for in forma pauperis status is moot because it follows entry of judgment and closure of the case, and in any event is deficient under 28 U.S.C. § 1915(a). (*See* docket); *see also* Rules Following § 2254, Rule 3(a)(2).

Petitioner's instant purported application for in forma pauperis status on appeal from the judgment entered in this case is deficient because it fails to comply with Federal Rule of Appellate Procedure 24(a)(1). *See also* 28 U.S.C. § 1915(a).

Petitioner's objections to the Findings and Recommendations asserting without authority that he should be allowed to continue on appeal the in forma pauperis status previously granted in E.D. Cal. Case No. 1:06-cv-00357-JLT-SAB, lack merit.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 5, 2026 (Doc. 26) are ADOPTED in full.
2. Petitioner's motion to proceed in forma pauperis (Doc. 24) is DENIED.
3. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, Case No. 26-1858.

IT IS SO ORDERED.

Dated: September 2, 2026

[signature] Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[1] The Court corrects the F&R's to the extent it is stated the filing fee was not paid. (See Doc. 26 at 2).